NYGAARD FLOORING Co., INC., Respondent, v. 814 FORTY-FOURTH STREET CORPORATION and Others, Defendants, and EL JOSH REALTY CORPORATION, Appellant.— Appeal from order denying motion of defendant El Josh Realty Corporation to dismiss complaint dismissed, without costs. As said defendant, since the denial of its motion to dismiss, served an answer to the complaint, it has abandoned its motion and appeal. (Civ. Prac. Act, § 282.) The appeal from the order denying motion for reargument is also dismissed, as such order is not appealable. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. WILLIAM F. FERRIS & Co., INC., and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE HUDSON RIVER DAY LINE, Appellant, v. ADOLPH FRANCK and Others, Assessors of the Town of Stony Point, County of Rockland, State of New York, Respondents.— Judgment, so called and entered, dismissing certiorari orders affirmed, in so far as appealed from, with fifty dollars costs and disbursements. Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Hagarty, J., concur upon the ground that the structures in question became land (*People ex rel. International Nav. Co.* v. *Barker*, 153 N. Y. 98) and are, therefore, assessable under section 5 of the Tax Law;* Young, J., dissents upon authority of *People ex rel. International Nav. Co.* v. *Barker* (*supra*).

WILLIAM L. RUMSEY, Respondent, v. JOHN UTZ, Appellant.— Order modified by striking therefrom item (3) of the matters concerning which defendant Utz is to be examined and by providing that item (2) thereof be changed so as to read as follows: " All communications between defendant and Theodore Utz and Kathryn Wiske in so far as they constitute a part of plaintiff's alleged services rendered." As so modified the order is affirmed, without costs. Examination to proceed on five days' notice at the place and hour stated in the order. Bill of particulars to be served within five days from entry of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.

---

* Amd. by Laws of 1916, chap. 323.— [REP.